IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REBECCA LEE RIVERA**, *Plaintiff,* v. **DISCOVER FINANCIAL SERVICES, INC.**, *Defendant.* | **Case No. 2:24-cv-02006-JDW** |

### ORDER

AND NOW, this 30th day of September, 2024, upon consideration of Defendant Discover Bank's Notice Of Motion To Dismiss Plaintiff's Second Amended Complaint (ECF No. 15), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**, and Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Clerk of Court shall mark this case closed.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.